THE OLSEN LAW FIRM, LLC
James Olsen, #26833
15396 N. 83rd Avenue, Suite F-101
Peoria, Arizona 85381
Telephone (602) 325-3635
Facsimile (623) 933-7995
notification@azbklawfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case Number 2:13-bk-16089-SSC |
| **GAIL D. SCHMIDT,** | Chapter 7 |
| Debtors. | NOTICE OF LIMITED APPEARANCE AND 2016(B) STATEMENT |

Debtor, by and through undersigned counsel, hereby gives notice to all interested parties that Joon Kee shall appear at the Debtors' Meeting of Creditors on behalf of Debtor and shall be compensated $50 for his services. This appearance is limited only to the Meeting of Creditors and all future notices, pleadings and correspondence shall be mailed to James Olsen at the address above.

October 16, 2013

                                                                                             /s/ James Olsen
                                                                                             James Olsen